# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OTTOWITZ, TWYLA M | § | Case No. 10-71529 |
| OTTOWITZ, MICHAEL J | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The case was converted to one under Chapter 7 on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DANIEL M. DONAHUE_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-71529 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | OTTOWITZ, TWYLA M | Date Filed (f) or Converted (c): | 07/25/13 (c) |
| | OTTOWITZ, MICHAEL J | 341(a) Meeting Date: | 08/29/13 |
| For Period Ending: | 12/02/14 | Claims Bar Date: | 07/03/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family home | 140,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 800.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 600.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Policies | 11,929.33 | 0.00 | | 0.00 | FA |
| 8. Insurance Policies | 5,495.41 | 0.00 | | 0.00 | FA |
| 9. Insurance Policies | 8,827.22 | 0.00 | | 0.00 | FA |
| 10. Liquidated Claims | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Vehicles | 2,000.00 | 0.00 | | 0.00 | FA |
| 12. Vehicles | 8,000.00 | 0.00 | | 0.00 | FA |
| 13. Vehicles | 10,000.00 | 0.00 | | 0.00 | FA |
| 14. Vehicles | 7,000.00 | 0.00 | | 0.00 | FA |
| 15. Honda jet ski | 4,944.00 | 0.00 | | 0.00 | FA |
| 16. Trailer for Honda Jet Ski (u) | 500.00 | 0.00 | | 0.00 | FA |
| 17. Inherited IRA (u) | Unknown | 32,933.84 | | 32,933.84 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $203,395.96 | $32,933.84 | | $32,933.84 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-71529   MLB   Judge: MANUEL BARBOSA | Trustee Name:   DANIEL M. DONAHUE |
| Case Name: | OTTOWITZ, TWYLA M | Date Filed (f) or Converted (c):   07/25/13 (c) |
| | OTTOWITZ, MICHAEL J | 341(a) Meeting Date:   08/29/13 |
| | | Claims Bar Date:   07/03/14 |

Initial Projected Date of Final Report (TFR): 10/01/15     Current Projected Date of Final Report (TFR): 10/01/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-71529 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | OTTOWITZ, TWYLA M | Bank Name: | BANK OF KANSAS CITY |
| | OTTOWITZ, MICHAEL J | Account Number / CD #: | *******0057 GENERAL CHECKING |
| Taxpayer ID No: | *******4336 | | |
| For Period Ending: | 12/02/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 23,669.87 | | 23,669.87 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 23,669.87 | 0.00 | 23,669.87 |
| Less: Bank Transfers/CD's | 23,669.87 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals  23,669.87  0.00

Case 10-71529 Doc 96 Filed 12/03/14 Entered 12/03/14 09:44:05 Desc Main
Document Page 6 of 12

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-71529 -MLB |
| Case Name: | OTTOWITZ, TWYLA M |
| | OTTOWITZ, MICHAEL J |
| Taxpayer ID No: | *******4336 |
| For Period Ending: | 12/02/14 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******0937 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/15/14 | 17 | AMERIPRISE FNANCIAL | FUNDS HELD IN INHERITED IRA | 1229-000 | 11,528.36 | | 11,528.36 |
| 04/15/14 | 17 | AMERICAN ENTERPRISE INVESTMENT SERVICES | INHERITED IRA | 1229-000 | 21,324.21 | | 32,852.57 |
| 04/29/14 | 17 | AMERIPRISE FINANCIAL | INHERITANCE | 1229-000 | 81.27 | | 32,933.84 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 16.88 | 32,916.96 |
| 06/04/14 | 000100 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 26.65 | 32,890.31 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 34.95 | 32,855.36 |
| 06/23/14 | 000101 | MCGREEVY WILLIAMS, P.C. | INTERIM ATTORNEY'S FEES | 3110-000 | | 6,205.50 | 26,649.86 |
| 06/23/14 | 000102 | MCGREEVY WILLIAMS, P.C. | INTERIM ATTORNEY EXPENSES | 3120-000 | | 146.48 | 26,503.38 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 32.46 | 26,470.92 |
| 07/22/14 | 000103 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0148 | FED INCOME TAX PAYABLE EIN: 46-7314336 Tax Year Ended: 6/30/14 | 2810-000 | | 2,198.00 | 24,272.92 |
| * 07/30/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-003 | | 32.46 | 24,240.46 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 27.95 | 24,212.51 |
| * 08/08/14 | | Reverses Adjustment OUT on 07/30/14 | BANK SERVICE FEE UNABLE TO CORRECT POSTING DATE/REVERSED TO RE-ENTER | 2600-003 | | -32.46 | 24,244.97 |
| 08/20/14 | 000104 | BENNING GROUP, LLC 6785 WEAVER RD., STE. 2A ROCKFORD, IL 61114 | ACCOUNTING FEES | 3410-000 | | 525.00 | 23,719.97 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 25.74 | 23,694.23 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 24.36 | 23,669.87 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 23,669.87 | 0.00 |

Page Subtotals 32,933.84 32,933.84

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*
LFORM24
Ver: 18.03a

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-71529 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | OTTOWITZ, TWYLA M | | Bank Name: | CONGRESSIONAL BANK |
| | OTTOWITZ, MICHAEL J | | Account Number / CD #: | *******0937  GENERAL CHECKING |
| Taxpayer ID No: | *******4336 | | | |
| For Period Ending: | 12/02/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 32,933.84 | 32,933.84 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 23,669.87 | |
| | | | Subtotal | | 32,933.84 | 9,263.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 32,933.84 | 9,263.97 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | GENERAL CHECKING - ********0057 | | 0.00 | 0.00 | 23,669.87 |
| | | | GENERAL CHECKING - ********0937 | | 32,933.84 | 9,263.97 | 0.00 |
| | | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | | 32,933.84 | 9,263.97 | 23,669.87 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C ANALYSIS OF CLAIMS REGISTER | | | | Date: December 02, 2014 |
|---|---|---|---|---|---|---|

Case Number:  10-71529  
Debtor Name:  OTTOWITZ, TWYLA M

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2100-00 | DANIEL M. DONAHUE | Administrative | | $0.00 | $4,043.38 | $4,043.38 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $26.65 | $26.65 |
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $9,085.50 | $9,085.50 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $303.57 | $303.57 |
| 001 3410-00 | BENNING GROUP, LLC 6785 Weaver Road, Suite 2A Rockford, IL 61114-8056 | Administrative | | $0.00 | $525.00 | $525.00 |
| 000004 050 4110-00 | HSBC Mortgage Services, Inc 636 Grand Regency Blvd Brandon, FL 33509 | Secured | | $0.00 | $41,298.80 | $41,298.80 |
| 000007 050 4110-00 | JPMorgan Chase Bank, National Association c/o Codilis & Associates, P.C. 15W030 North Frontage Road, Suite 100 Burr Ridge, IL 60527 | Secured | | $0.00 | $96,557.62 | $96,557.62 |
| 000002 050 4210-00 | National Bank Sycamore 230 W. State Street Sycamore, IL 60178 | Secured | | $0.00 | $11,688.81 | $11,688.81 |
| 000003 050 4210-00 | Wells Fargo Bank, NA 13675 Technology Dr. Bldg C, 2nd Floor Eden Prairie, MN 55344-2252 | Secured | | $0.00 | $9,424.14 | $9,424.14 |
| 000008 050 4210-00 | eCAST Settlement Corporation c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 Tucson, AZ 85712 | Secured | | $0.00 | $7,842.33 | $7,842.33 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 02, 2014 |

Case Number: 10-71529
Debtor Name: OTTOWITZ, TWYLA M

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000013A 050 4210-00 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Secured | | $0.00 | $4,944.00 | $4,944.00 |
| 000001 070 7100-00 | PNC Bank P.O. Box 94982 Cleveland, OH 44101 | Unsecured | | $0.00 | $2,143.56 | $2,143.56 |
| 000005 070 7100-00 | Palisades Collections, LLC Vativ Recovery Solutions, LLC, d/b/a SMC as Agent for Palisdes Collections, LLC P.O. Box 40728 Houston, TX 77240-0728 | Unsecured | | $0.00 | $31,160.00 | $31,160.00 |
| 000006 070 7100-00 | Citizens Bank 101 N Washington Saginaw, MI 48607 | Unsecured | | $0.00 | $62,215.82 | $62,215.82 |
| 000009 070 7100-00 | PRA Receivables Management, LLC POB 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $2,335.92 | $2,335.92 |
| 000010 070 7100-00 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Exxonmobil POB 41067 Norfolk VA 23541 | Unsecured | | $0.00 | $166.08 | $166.08 |
| 000011 070 7100-00 | Citicorp Trust Bank P O Box 140489 Irving TX 75014-0489 | Unsecured | | $0.00 | $521.69 | $521.69 |
| 000012 070 7100-00 | Portfolio Recovery Associates, LLC Po Box 41067, Norfolk VA 23451 | Unsecured | | $0.00 | $10,827.31 | $10,827.31 |
| 000013B 070 7100-00 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Unsecured | | $0.00 | $473.94 | $473.94 |
| | Case Totals: | | | $0.00 | $295,584.12 | $295,584.12 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-71529
Case Name: OTTOWITZ, TWYLA M
         OTTOWITZ, MICHAEL J
Trustee Name: DANIEL M. DONAHUE

Balance on hand  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |
| Accountant for Trustee Fees: BENNING GROUP, LLC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PNC Bank | $ | $ | $ |
| 000005 | Palisades Collections, LLC | $ | $ | $ |
| 000006 | Citizens Bank | $ | $ | $ |
| 000009 | PRA Receivables Management, LLC | $ | $ | $ |
| 000010 | PRA Receivables Management, LLC | $ | $ | $ |
| 000011 | Citicorp Trust Bank | $ | $ | $ |
| 000012 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance                                            $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE