UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
OTTOWITZ, TWYLA M § Case No. 10-71529
OTTOWITZ, MICHAEL J §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    U.S. Bankruptcy Clerk's Office
    Stanley J. Roszkowski U.S. Courthouse
    327 South Church Street
    Room 1100
    Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/29/2014 in Courtroom 3100,
    United States Courthouse
    327 South Church Street
    Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: /s/ Daniel M. Donahue_____
                        Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
OTTOWITZ, TWYLA M § Case No. 10-71529
OTTOWITZ, MICHAEL J §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 32,933.84 |
| and approved disbursements of | $ | 9,263.97 |
| leaving a balance on hand of[1] | $ | 23,669.87 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 4,043.38 | $ 0.00 | $ 4,043.38 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 9,085.50 | $ 6,205.50 | $ 2,880.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 303.57 | $ 146.48 | $ 157.09 |
| Accountant for Trustee Fees: BENNING GROUP, LLC | $ 525.00 | $ 525.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,080.47 |
| Remaining Balance | | $ | 16,589.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 109,370.38  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PNC Bank | $ 2,143.56 | $ 307.06 | $ 324.91 |
| 000005 | Palisades Collections, LLC | $ 31,160.00 | $ 4,463.61 | $ 4,723.07 |
| 000006 | Citizens Bank | $ 62,215.82 | $ 8,912.30 | $ 9,430.35 |
| 000009 | PRA Receivables Management, LLC | $ 2,335.92 | $ 334.62 | $ 354.06 |
| 000010 | PRA Receivables Management, LLC | $ 166.08 | $ 15.75 | $ 33.21 |
| 000011 | Citicorp Trust Bank | $ 521.69 | $ 71.14 | $ 82.66 |
| 000012 | Portfolio Recovery Associates, LLC | $ 10,827.31 | $ 1,551.00 | $ 1,641.14 |
| | Total to be paid to timely general unsecured creditors | | $ | 16,589.40 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                                  Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                     Case No. 10-71529-TML
Twyla M. Ottowitz                                          Chapter 7
Michael J. Ottowitz
     Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 2                  Date Rcvd: Dec 04, 2014
                              Form ID: pdf006             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2014.
db/jdb        +Twyla M. Ottowitz,    Michael J. Ottowitz,    11202 Joncey Drive,    Roscoe, IL 61073-9232
15336651      +Beneficial/Household Finance Co.,    P.O. Box 3425,    Buffalo, NY 14240-3425
15336661     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
              (address filed with court: Washington Mutual,     P.O. Box 1093,    Northridge, CA 91328)
19930540      +Capital One, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
15336652      +Citifinancial Retail Service,    P.O. Box 22066,    Tempe, AZ 85285-2066
15336653      +Citizens Bank,    328 S. Saginaw Street,    Flint, MI 48502-1926
15542278      +Citizens Bank,    101 N Washington,    Saginaw, MI 48607-1207
15336654      +Exxon Mobil Citi,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
15336655       GEMB/American Honda,    P.O. Box,    El Paso, TX 79998
15336657     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: HSBC/Suzuki,     P.O. Box 15524,    Wilmington, DE 19850)
15336656      +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
15701806      +HSBC Bank Nevada, N.A.,     by PRA Receivables Management, LLC,    PO Box 12907,
                Norfolk VA 23541-0907
15367905      +HSBC Mortgage Services, Inc,    636 Grand Regency Blvd,    Brandon, FL 33510-3942
15564712      +JPMorgan Chase Bank, National Association,    c/o Codilis & Associates, P.C.,
                15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
15567255      +JPMorgan Chase Bankm Batuibak Assoc.,    c/o Jose G Moreno,    1 North Dearborn-Suite 1300,
                Chicago, IL 60602-4321
15336658      +National Bank Sycamore,    230 W. State Street,    Sycamore, IL 60178-1489
15336659      +National City Card Service,    1 National City Parkway,    Kalamazoo, MI 49009-8003
15336649      +Ottowitz Michael J,    11202 Joncey Drive,    Roscoe, IL 61073-9232
15336648      +Ottowitz Twyla M,    11202 Joncey Drive,    Roscoe, IL 61073-9232
15357220      +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
20388642      +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
15720242      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Exxonmobil,
                POB 41067,    Norfolk VA 23541-1067
16336703       Portfolio Recovery Associates, LLC,    Po Box 41067, Norfolk VA 23451
15336662      +Wells Fargo,    P.O. Box 29704,    Phoenix, AZ 85038-9704
15382593       Wells Fargo Bank, NA,    13675 Technology Dr. Bldg C, 2nd Floor,    Eden Prairie, MN 55344-2252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19598774      +E-mail/Text: bnc@bass-associates.com Dec 05 2014 01:21:53      Capital One, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
20356834       E-mail/PDF: rmscedi@recoverycorp.com Dec 05 2014 01:26:26      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                Miami, FL 33131-1605
15480535       E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2014 01:27:30      GE Money Bank,
                c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,    25 SE 2nd Avenue Suite 1120,
                Miami FL 33131-1605
16046589       E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2014 01:27:31      GE Money Bank,
                Attn: Bankruptcy Department,    P.O. BOX 960061,    Orlando, Florida 32896-0661
15660744      +E-mail/Text: bnc@bass-associates.com Dec 05 2014 01:21:53      HSBC Bank Nevada, N.A. (Suzuki),
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
15865070       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2014 01:27:32      LVNV Funding LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15336660      +E-mail/Text: ebn@vativrecovery.com Dec 05 2014 01:22:23      Palisades Collection LLC,
                210 Sylvan Ave.,    Englewood, NJ 07632-2524
15456633       E-mail/Text: ebn@vativrecovery.com Dec 05 2014 01:22:23      Palisades Collections, LLC,
                Vativ Recovery Solutions, LLC, d/b/a SMC,    as Agent for Palisdes Collections, LLC,
                P.O. Box 40728,    Houston, TX 77240-0728
20356835       E-mail/PDF: rmscedi@recoverycorp.com Dec 05 2014 01:27:33      Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
20381392      +E-mail/Text: bnc@bass-associates.com Dec 05 2014 01:21:53      eCAST Settlement Corporation,
                c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15821634      ##Citicorp Trust Bank,    P O Box 140489,    Irving TX 75014-0489
15336650     ##+Gilbert R Dizon Attorney at Law PC,    100 Illinois Street Suite 200,
                St. Charles, IL 60174-1867
                                                                                             TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: vgossett            Page 2 of 2           Date Rcvd: Dec 04, 2014
                              Form ID: pdf006           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2014 at the address(es) listed below:

```
              Daniel   Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
              Daniel   Donahue    on behalf of Accountant Curt  Kleckler ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel   Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              David M Blaskovich    on behalf of Creditor   FirstMerit Bank, NA f/k/a Citizens Banking
               Corporation dmblasko@wbbklaw.com
              Fiona M. Whelan    on behalf of Trustee Lydia  Meyer fwhelan00@hotmail.com
              Gilbert R. Dizon    on behalf of Debtor Twyla M. Ottowitz ecf@dizonyoung.com
              Gilbert R. Dizon    on behalf of Joint Debtor Michael J. Ottowitz ecf@dizonyoung.com
              Gloria C  Tsotsos    on behalf of Creditor   JPMorgan Chase Bank, National Association
               nd-two@il.cslegal.com
              Jose G Moreno    on behalf of Creditor   JPMorgan Chase Bank, National Association
               nd-one@il.cslegal.com
              Lydia  Meyer    on behalf of Trustee Lydia  Meyer ecf@lsm13trustee.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                            TOTAL: 11
```