# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:  §
 §
OTTOWITZ, TWYLA M  §  Case No. 10-71529
OTTOWITZ, MICHAEL J  §
 §
 §
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter     on            , and it was converted to chapter 7 on            . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DANIEL M. DONAHUE_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Beneficial/Household Finance Co. P.O. Box 3425 Buffalo, NY 14240 |  |  |  |  |  |
|  | GEMB/American Honda P.O. Box El Paso, TX 79998 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC/Suzuki P.O. Box 15524 Wilmington, DE 19850 | | | | | |
| | National Bank Sycamore 30 W. State Street Sycamore, IL 60178 | | | | | |
| | Washington Mutual P.O. Box 1093 Northridge, CA 91328 | | | | | |
| | Wells Fargo P.O. Box 29704 Phoenix, AZ 85038 | | | | | |
| 000004 | HSBC MORTGAGE SERVICES, INC | | | | | |
| 000007 | JPMORGAN CHASE BANK, NATIONAL ASSOC | | | | | |
| 000013A | CAPITAL RECOVERY V, LLC | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION | | | | | |
| 000002 | NATIONAL BANK SYCAMORE | | | | | |
| 000003 | WELLS FARGO BANK, NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| UNITED STATES TREASURY | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| BENNING GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citifinancial Retail Service P.O. Box 22066 Tempe, AZ 85285 | | | | | |
| | Citizens Bank 328 S. Saginaw Street Flint, MI 48502 | | | | | |
| 000013B | CAPITAL RECOVERY V, LLC | | | | | |
| 000011 | CITICORP TRUST BANK | | | | | |
| 000006 | CITIZENS BANK | | | | | |
| 000005 | PALISADES COLLECTIONS, LLC | | | | | |
| 000001 | PNC BANK | | | | | |
| 000012 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000010 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-71529  TML  Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | OTTOWITZ, TWYLA M | Date Filed (f) or Converted (c): | 07/25/13 (c) |
|  | OTTOWITZ, MICHAEL J | 341(a) Meeting Date: | 08/29/13 |
| For Period Ending: | 02/12/15 | Claims Bar Date: | 07/03/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family home | 140,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 800.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 600.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Policies | 11,929.33 | 0.00 | | 0.00 | FA |
| 8. Insurance Policies | 5,495.41 | 0.00 | | 0.00 | FA |
| 9. Insurance Policies | 8,827.22 | 0.00 | | 0.00 | FA |
| 10. Liquidated Claims | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Vehicles | 2,000.00 | 0.00 | | 0.00 | FA |
| 12. Vehicles | 8,000.00 | 0.00 | | 0.00 | FA |
| 13. Vehicles | 10,000.00 | 0.00 | | 0.00 | FA |
| 14. Vehicles | 7,000.00 | 0.00 | | 0.00 | FA |
| 15. Honda jet ski | 4,944.00 | 0.00 | | 0.00 | FA |
| 16. Trailer for Honda Jet Ski (u) | 500.00 | 0.00 | | 0.00 | FA |
| 17. Inherited IRA (u) | Unknown | 32,933.84 | | 32,933.84 | FA |
| TOTALS (Excluding Unknown Values) | $203,395.96 | $32,933.84 | | $32,933.84 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 18.04

Case 10-71529   Doc 102   Filed 03/12/15   Entered 03/12/15 11:44:41   Desc Main
Document      Page 9 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-71529   TML   Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | OTTOWITZ, TWYLA M | Date Filed (f) or Converted (c): | 07/25/13 (c) |
| | OTTOWITZ, MICHAEL J | 341(a) Meeting Date: | 08/29/13 |
| | | Claims Bar Date: | 07/03/14 |

Initial Projected Date of Final Report (TFR): 10/01/15        Current Projected Date of Final Report (TFR): 10/01/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-71529 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | OTTOWITZ, TWYLA M | Bank Name: | BANK OF KANSAS CITY |
|  | OTTOWITZ, MICHAEL J | Account Number / CD #: | *******0057 GENERAL CHECKING |
| Taxpayer ID No: | *******4336 | | |
| For Period Ending: | 02/12/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 23,669.87 | | 23,669.87 |
| 12/29/14 | 002001 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 4,043.38 | 19,626.49 |
| 12/29/14 | 002002 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,880.00 | 16,746.49 |
| 12/29/14 | 002003 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 157.09 | 16,589.40 |
| 12/29/14 | 002004 | PNC Bank P.O. Box 94982 Cleveland, OH 44101 | Claim 000001, Payment 15.2% | 7100-000 | | 324.91 | 16,264.49 |
| 12/29/14 | 002005 | Palisades Collections, LLC Vativ Recovery Solutions, LLC, d/b/a SMC as Agent for Palisdes Collections, LLC P.O. Box 40728 Houston, TX 77240-0728 | Claim 000005, Payment 15.2% | 7100-000 | | 4,723.07 | 11,541.42 |
| 12/29/14 | 002006 | Citizens Bank 101 N Washington Saginaw, MI 48607 | Claim 000006, Payment 15.2% | 7100-000 | | 9,430.35 | 2,111.07 |
| 12/29/14 | 002007 | PRA Receivables Management, LLC POB 41067 Norfolk, VA 23541 | Claim 000009, Payment 15.2% | 7100-000 | | 354.06 | 1,757.01 |
| 12/29/14 | 002008 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Exxonmobil POB 41067 Norfolk VA 23541 | Claim 000010, Payment 20.0% | 7100-000 | | 33.21 | 1,723.80 |
| 12/29/14 | 002009 | Citicorp Trust Bank P O Box 140489 Irving TX 75014-0489 | Claim 000011, Payment 15.8% | 7100-000 | | 82.66 | 1,641.14 |
| 12/29/14 | 002010 | Portfolio Recovery Associates, LLC Po Box 41067, Norfolk VA 23451 | Claim 000012, Payment 15.2% | 7100-000 | | 1,641.14 | 0.00 |

Page Subtotals    23,669.87    23,669.87

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-71529 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | OTTOWITZ, TWYLA M | Bank Name: | BANK OF KANSAS CITY |
| | OTTOWITZ, MICHAEL J | Account Number / CD #: | *******0057 GENERAL CHECKING |
| Taxpayer ID No: | *******4336 | | |
| For Period Ending: | 02/12/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 23,669.87 | 23,669.87 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 23,669.87 | 0.00 | |
| | | | Subtotal | | 0.00 | 23,669.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 23,669.87 | |

Page Subtotals       0.00       0.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2                                                                                                           Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                    Exhibit 9

| Case No: | 10-71529 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | OTTOWITZ, TWYLA M | | Bank Name: | CONGRESSIONAL BANK |
| | OTTOWITZ, MICHAEL J | | Account Number / CD #: | *******0937  GENERAL CHECKING |
| Taxpayer ID No: | *******4336 | | | |
| For Period Ending: | 02/12/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/15/14 | 17 | AMERIPRISE FNANCIAL | FUNDS HELD IN INHERITED IRA | 1229-000 | 11,528.36 | | 11,528.36 |
| 04/15/14 | 17 | AMERICAN ENTERPRISE INVESTMENT SERVICES | INHERITED IRA | 1229-000 | 21,324.21 | | 32,852.57 |
| 04/29/14 | 17 | AMERIPRISE FINANCIAL | INHERITANCE | 1229-000 | 81.27 | | 32,933.84 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 16.88 | 32,916.96 |
| 06/04/14 | 000100 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 26.65 | 32,890.31 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 34.95 | 32,855.36 |
| 06/23/14 | 000101 | MCGREEVY WILLIAMS, P.C. | INTERIM ATTORNEY'S FEES | 3110-000 | | 6,205.50 | 26,649.86 |
| 06/23/14 | 000102 | MCGREEVY WILLIAMS, P.C. | INTERIM ATTORNEY EXPENSES | 3120-000 | | 146.48 | 26,503.38 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 32.46 | 26,470.92 |
| 07/22/14 | 000103 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0148 | FED INCOME TAX PAYABLE EIN: 46-7314336 Tax Year Ended: 6/30/14 | 2810-000 | | 2,198.00 | 24,272.92 |
| * 07/30/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-003 | | 32.46 | 24,240.46 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 27.95 | 24,212.51 |
| * 08/08/14 | | Reverses Adjustment OUT on 07/30/14 | BANK SERVICE FEE UNABLE TO CORRECT POSTING DATE/REVERSED TO RE-ENTER | 2600-003 | | -32.46 | 24,244.97 |
| 08/20/14 | 000104 | BENNING GROUP, LLC 6785 WEAVER RD., STE. 2A ROCKFORD, IL 61114 | ACCOUNTING FEES | 3410-000 | | 525.00 | 23,719.97 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 25.74 | 23,694.23 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 24.36 | 23,669.87 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 23,669.87 | 0.00 |

Page Subtotals    32,933.84    32,933.84

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-71529 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | OTTOWITZ, TWYLA M | | Bank Name: | CONGRESSIONAL BANK |
| | OTTOWITZ, MICHAEL J | | Account Number / CD #: | *******0937 GENERAL CHECKING |
| Taxpayer ID No: | *******4336 | | | |
| For Period Ending: | 02/12/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 32,933.84 | 32,933.84 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 23,669.87 | |
| | | | Subtotal | | 32,933.84 | 9,263.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 32,933.84 | 9,263.97 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| GENERAL CHECKING - ********0057 | 0.00 | 23,669.87 | 0.00 |
| GENERAL CHECKING - ********0937 | 32,933.84 | 9,263.97 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 32,933.84 | 32,933.84 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*